## Case No. 14,818.

### UNITED STATES v. The CLEOPATRA.

[The case reported under above title in 14 Int. Rev. Rec. 29, is the same as Case No. 2,886.]